# MEMORANDUM DECISIONS

O'BURKE v. STATE. (No. 6540.) (Court of Criminal Appeals of Texas. Dec. 7, 1921.) Appeal from Jefferson County Court; D. P. Wheat, Judge. Jack O'Burke was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for unlawfully carrying a pistol; penalty $100 fine. The record contains no statement of facts or bills of exceptions. We discover no errors of a nature calling for reversal.

The judgment of the trial court is affirmed.

PAGE v. STATE. (No. 6544.) (Court of Criminal Appeals of Texas. Dec. 14, 1921.) Appeal from Dallas County Court, at Law; T. A. Work, Judge. Neoma Page was convicted of vagrancy, and she appeals. Affirmed. C. M. Cureton, Atty. Gen., and C. L. Stone, and R. G. Storey, Asst. Attys. Gen., and Maury Hughes, Cr. Dist. Atty., of Dallas, for the State.

MORROW, P. J. The conviction is for vagrancy. No irregularities appear in the complaint or information, and neither statement of facts nor bill of exceptions is found in the record. The judgment is affirmed.

SPRADLIN v. STATE. (No. 6656.) (Court of Criminal Appeals of Texas. Dec. 14, 1921.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. W. R. Spradlin was convicted of forgery, and he appeals. Appeal dismissed. H. R. Young, Co. Atty., of Kaufman, and R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of two years. Responding to the request of the appellant to withdraw his appeal, which we find on file duly verified, the appeal is dismissed.